## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ROSEANNE STAGG and
JAMES STAGG,

      Plaintiffs,

v.                                     Case No: 8:14-cv-2716-T-30TGW

STATE FARM MUTUAL
AUTOMOTIVE INSURANCE
COMPANY,

      Defendant.

_____

## <u>ORDER OF DISMISSAL</u>

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #23).

Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of July, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record